# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ryan Justin Jackson**                **Docket No. 7:15-CR-72-1BR**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ryan Justin Jackson, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1) & 924, Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 4, 2016, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ryan Justin Jackson was released from custody on November 17, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 26, 2018, the defendant submitted a urinalysis that tested positive for Oxycodone. When confronted, the defendant admitted to using the substance and not having a valid prescription for it. On May 8, 2018, the defendant submitted a urinalysis that tested positive for Amphetamines and Marijuana. When confronted, the defendant admitted to using both substances. The defendant has expressed remorse for his actions, and has admitted he is struggling with his addiction. He wishes to become sober once again, and has requested assistance in doing so. The defendant is enrolled in substance abuse treatment, and the surprise urinalysis program. As it relates to the violations, it is the recommendation of this officer that the defendant be placed on 30 days curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                            I declare under penalty of perjury that the foregoing
                                                                  is true and correct.


/s/ Eddie J. Smith                                          /s/ Corey Rich
Eddie J. Smith                                              Corey Rich
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                                  150 Rowan Street Suite 110
                                                                  Fayetteville, NC 28301
                                                                  Phone: 910-354-2540
                                                                  Executed On: May 11, 2018

## ORDER OF THE COURT

Considered and ordered this _____14_____ day of _____May_____ , 2018, and ordered filed and
made a part of the records in the above case.


_____
W. Earl Britt
Senior U.S. District Judge