UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ryan Justin Jackson					Docket No. 7:15-CR-72-1BR

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ryan Justin Jackson, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1) & 924, Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 4, 2016, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ryan Justin Jackson was released from custody on November 17, 2017, at which time the term of supervised release commenced.

On May 11, 2018, it was reported to the court that the defendant had submitted urinalyses on April 26, 2018, that tested positive for Oxycodone, and on May 8, 2018, that tested positive for Amphetamines and marijuana. The court agreed to modify the conditions of supervision to include a 30 day curfew with location monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 19, 2018, the defendant submitted a urinalysis that tested positive for methamphetamines. When confronted, the defendant admitted to using the illegal substance. The defendant has expressed remorse for his actions, and has admitted he is still struggling with his addiction. He wishes to become sober once again, and has requested assistance in doing so. The defendant is enrolled in substance abuse treatment, and the surprise urinalysis program. As it relates to the violations, it is the recommendation of this officer that the defendant be placed on 60 days curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: June 27, 2018 |

## ORDER OF THE COURT

Considered and ordered this __28__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge